■ In the Matter of LARRY D. SCHEAFER, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name

removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)